UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA L. DAVIS, *et al.*, | Case No. 10-1564 (HHK) |
| Plaintiffs, | Jury Trial Demanded |
| v. | Consolidated with |
| DISTRICT OF COLUMBIA CHILD AND FAMILY SERVICES AGENCY, *et al.* | |
| Defendants. | |
| CYNTHIA DUDLEY, *et al.*, | Case No. 10-1718 (HHK) |
| Plaintiffs, | |
| v. | |
| DISTRICT OF COLUMBIA | |
| Defendant. | |

### ███████████████SCHEDULING ORDER

Upon consideration of the Parties' Joint Meet and Confer Statement, it is hereby ORDERED as follows:

1.  All discovery is stayed until the Court issues its decision on Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, Doc. No. 10. If the Plaintiffs file an Amended Complaint, discovery is stayed pending Defendants' Answer to the Amended Complaint or a decision on any motion to dismiss the Amended Complaint, whichever date comes first. The Parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by no later than thirty (30) days after the relevant date.

2. The Parties' discovery shall be subject to the following limits:

Depositions shall be noticed at least 10 days in advance. Plaintiffs (collectively) and Defendants (collectively) are allowed 10 depositions, including expert depositions and Rule 30(b)(6) depositions. Each deposition will be limited to seven hours over one day, unless otherwise agreed to by the Parties. A written deposition notice shall be filed 10 days prior to the scheduled deposition, unless otherwise agreed to by the Parties. Plaintiffs (collectively) and Defendants (collectively) are limited to 25 interrogatories and 25 requests for admission.

3. Non-expert discovery shall close on the 100th day following the date of the Court's decision on the Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, Doc. No. 10. If Plaintiffs file an Amended Complaint, non-expert discovery shall close on the 100th day following the date of the District's Answer to the Amended Complaint or a decision on any motion to dismiss the Amended Complaint, whichever date comes first. If the Parties continue with expert discovery, then proponent expert reports will be due on the 120th day following the relevant date, rebuttal expert reports will be due on the 150th day following the relevant date, and that stage of discovery will close on the 180th day following the relevant date.

4. All amendments shall occur within thirty day (30) days from the date of this Order.

5. Dispositive motions shall be filed sixty (60) days after the close of discovery. Opposition(s) shall be filed thirty (30) days thereafter, and any reply shall be filed thirty (30) days thereafter.

6.     The Parties are ordered to meet not later than the 100th day following the relevant date, to make elections with respect to expert witnesses and to report to the Court accordingly.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2011.

                                                  Judge Henry H. Kennedy, Jr.
                                                  United States District Court