UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONDA L. DAVIS, et al.,<br><br>and<br><br>CYNTHIA DUDLEY, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Actions 10-1564, 10-1718 (RC) |

## SCHEDULING ORDER

This order shall govern the first phase of discovery and dispositive motions in this case, which shall be limited to the following questions:

 1) The existence and statistical validity of group-based disparities caused by the reduction in force and/or the education requirements for Family Social Workers;

 2) The plaintiffs' exhaustion of their administrative remedies, whether that exhaustion was mandated by law or by contract;

 3) The provision of notice in accordance with D.C. Code § 12-309; and

 4) The appropriateness of class certification.

The plaintiffs' second amended complaint is accepted as filed. The District of Columbia shall respond to the complaint and propose any desired protective order no later than April 11, 2013. Discovery will begin on that date. No later than April 25, 2013, the parties shall confer regarding the facilitation of e-discovery; a person with technical knowledge of the District's e-mail and personnel data systems shall attend that conference on behalf of the District.

The parties shall exchange expert reports on August 30, 2013, or thirty days after the resolution of any dispute regarding the discovery of material relevant to those reports, whichever date is later.  The parties shall exchange rebuttal expert reports on September 30, 2013, or thirty days after the exchange of the initial expert reports, whichever date is later.  Discovery will close on November 1, 2013, or thirty days after the exchange of rebuttal reports, whichever date is later.

Any motion for class certification and any dispositive motion regarding the issues set out above shall be filed no later than November 15, 2013.  Those motions shall be opposed no later than December 13, 2013, and the oppositions replied to no later than January 3, 2014.

**SO ORDERED.**

Rudolph Contreras<br>United States District Judge

Date: April 4, 2013