Declaration of Dr. Page A Monroo, if April    , 22012

I, Paige Munro, P.O. Box 16, Hopkinton, Rhode Island, 02833, am submitting this declaration at the request of the law firm of Rose Legal AdvoP.C., attorneys for the plaintiffs.

1.  I have a Ph.D. in Industrial and Organizational Psychology, with extensive expertise and experience in complex data mining and statistical analysis as well as extensive expertise and experience developing and administering employee selection and promotion systems including the components of job analysis, selection tool development, validation and results analysis. I have been retained by David Rose, Rose Legal Advocates, P.C. to analyze statistical data regarding the reduction in force in Compensation/Benefits for District of Columbia Child and Family Services Agency (CFSA).

2.  Rose Legal Advocates, P.C. provided a declaration from Stan Spaght, the Human Resources Manager for Compensation/Benefits for District of Columbia Child and Family Services Agency (CFSA). This declaration summarized the pre-reduction in force (RIF) total number of staff at CFSA with the percentage of African-Americans and 40 and over workers. This declaration also stated that 115 employees were terminated through the RIF process and summarized the percentage of African-Americans and 40 and over workers that were terminated through this process. This declaration also stated that 18 workers were hired back into the FSW position and summarized the percentage of African-Americans and 40 and over workers who were hired back.

4.  The declaration numbers and percentages were mathematically converted to determine the pre-RIF number of African-Americans and 40 and over workers and the

corresponding number of non- African-Americans and under 40 workers. The declaration also provided the RIF numbers and percentages which were also mathematically converted to determine the actual numbers of African-Americans and 40 and over workers who were terminated and the corresponding numbers for the non-African-Americans and under 40 workers.

5.   In preparation for the statistical analysis, the numbers for pre-RIF and RIF African-Americans, non-African Americans, 40 and over workers and under 40 workers were used to create a database representing these numbers. Two variables were created for both the race and age database analysis: 1) race or age, 2) terminated or not through the RIF.

6.   These two variables were analyzed to determine if the termination rates for African Americans and 40 and over workers differed statistically significantly from the termination rates for the non-African-Americans and under 40 groups. These results indicated:

a) the African-American termination rate was 15.5% of that total group whereas the non-African American termination rate was 5.6% of that total group, which indicated that non-African-Americans were terminated at only 36% the rate of African-Americans, a result which is well below the 4/5ths rule 80% threshold;

b) the 40 and over worker termination rate was 16.5% of that total group and the under 40 worker termination rate was 9.4% of that total group, which indicated that 40 and over workers were terminated at only 57% the rate of under 40 workers, a result which is well below the 4/5ths rule 80% threshold;;

c) the African-American termination rate differed from the non-African American termination rate in a strongly statistically significant manner ($p$<.01) according to a cross-tabulation with chi-square statistic, with the African-American group experiencing the higher termination rate than non-African American group;

d) the 40 and over worker termination rate differed from the under 40 worker termination rate in a strongly statistically significant manner ($p$<.01) according to a cross-tabulation with chi-square statistic, with the 40 and over group experiencing the higher termination rate than under 40 group;

e) the African-American termination rate differed from the non-African American termination rate in a strongly statistically significant manner ($p$<.01) according also to Analysis of Variance (ANOVA); and

f) the 40 and over worker termination rate differed from the under 40 worker termination rate in a strongly statistically significant manner ($p$<.01) according also to Analysis of Variance (ANOVA);

7.   Additionally, a second analysis was conducted, repeating the above, with the 18 FSW re-hired workers added back into the "non-terminated" group to represent the rehires. These 18 were added back according to what race and age group they were a part of, then the analyses were re-conducted and indicated;

a) that adding back in 18 (100%) African-Americans and 0 (0%) non-African-Americans did not notably affect the statistical significance of the differences found above in paragraph #6. The differences between the group termination rates still violated the 4/5ths rule and were still statistically significant for both the chi-square and ANOVA analyses; and

b) that adding back in 8 (44.4%) 40 and over workers and 10 (55.6%) strengthened the statistical significance of the differences found above in paragraph #6. The differences between the group termination rates still violated the 4/5ths rule and were more statistically significant for both the chi-square and ANOVA analyses;

8. In short, the results of the data analysis indicate that during the CFSA reduction in force, African-Americans and 40 and over workers were terminated at rates which adversely impacted these groups and at rate differentials which did not statistically occur by chance.

Under penalty of perjury, the above statement is true and correct to the best of my knowledge, information and belief.

Paige A. Munro

Done this        f April 2012.

# Reduction in Force Race and Age Differential Analysis

**Overview:**

According to the Declaration of Stan Spaght, the Human Resources Manager for
Compensation/Benefits for District of Columbia Child and Family Services Agency (CFSA), this
organization had a total workforce of 832 as of June 1, 2010. A reduction in force (RIF)
occurred, reducing the workforce by 115 workers. Prior to the RIF, and according to the
Declaration, African-Americans comprised 82.8% of the total workforce. According to the same,
and prior to the RIF, individuals age 40 and older comprised 62.7% of the workforce.

Based on mathematical calculations, of the 832 workers prior to the RIF, 82.8% African-
Americans equates to (rounding to the nearest full number) 689 employees who were African-
American (called "other" subsequently). This means that 143 were races "other" than African-
American. Additionally, 62.7% workers who were 40 or over prior to the RIF equates to 522
(rounding to the nearest full number). This means that 310 workers were under 40.

Based on mathematical calculation this means, according to the above declared numbers, that
after the RIF of 115 workers there were 717 workers remaining.

The declaration stated that of the 115 workers terminated in the RIF, 93% were African-
American and 74.8% were workers 40 or over. This equates mathematically to 107 African-
Americans terminated through the RIF, with 8 of all "other" races terminated during this same
RIF. Further, this equates mathematically to 86 workers who were 40 or over and terminated
during the RIF and 29 workers who were under 40 and terminated during this same RIF.

**Purpose of Analysis:**

The purpose of this analysis is to determine if there is statistical significance for the racial and
age representation in this RIF. Specifically African-American termination rates were compared
to "other" termination rates. Similarly, the termination rates for those workers over 40 were
compared to the termination rates of those under 40.

**Methods:**

This analysis required a few steps.

1. First, all that was provided in the declaration was the raw number of employees prior to
   the RIF (832) and the number of employees in the RIF (115). The racial and age
   groupings were represented by percentages. Therefore, the percentages were first
   converted into raw numbers of blacks and those 40 or over prior to the RIF and
   terminated due to the RIF. These results are presented in the overview paragraph.

1

## Reduction in Force Race and Age Differential Analysis

2. Second, the numbers of non-African-Americans ("others") and those under 40 were calculated from step 1. These numbers are also provided above in the overview paragraph.

3. Third, these numbers were used to code a database to represent variables:  The two race groups were coded using these numbers to represent the pre-RIF racial and age makeup. For example, of the 832 cells in the column, 689 were coded to represent African American and 143 were coded to represent "others". Then, within the African-American group of 689, the appropriate number (107) were coded as terminated and the remaining were coded as not-terminated. This variable represented the terminated/not terminated results. These steps were repeated for the "others" and for both age groupings. The result was two variables in each database – one representing the race and age groupings and one representing the terminated/not outcome for each grouping.

4. These variables were then statistically analyzed with SPSS using cross-tabulation with chi-square statistic and then Analysis of Variance (ANOVA) was used to verify the result.


**Definitions:**

Cross-tabulation

This is a statistical comparison used to determine "within-group" differences in a second variable. For example here, this statistic compared the percentages of all African-Americans who were terminated and not terminated to the percentages of all "other" races that were terminated or not terminated. The same comparison was calculated for those 40 and over and those under 40. Cross-tabulation of such two-level nominal or binary variables results in a 2x2 table and the statistical software compares "expected" percentages to the "actual" resulting percentages and determines if this varies in a way that would improbably occur by chance. The statistical result of the chi-square indicates a *p* value which is the probability that any variation from the "expected" percentages occurred by chance. Cross-tabulation is commonly used for nominal (African-American vs "Other") variables or binary variables and can be used for interval variables. Here, since there are only two groups, the variables are both nominal and binary (1, 0).


Chi-Square

Chi-Square is the statistic attached to a cross-tabulation and specifically uses a Fisher exact test appropriate for the analysis of nominal and binary variables. The resulting statistic indicates the likelihood that "within-group" differences were normal variations or statistically "unexpected" (thus statistically significant).

2

## Reduction in Force Race and Age Differential Analysis

Analysis of Variance

Analysis of Variance (ANOVA) is a statistic used to compare nominal or binary variables with an outcome variable (scale/continuous variable ideally, e.g., 1, 2, 3, 4, 5). However, ANOVA can be used with binary criterion variables (e.g., 1, 0) as an estimate or verification of the Chi-Square result. The main limitation to a binary variable used as a criterion in an ANOVA analysis is the restriction in range which can compromise the assumption of ANOVA that there is a normal distribution. However, ANOVA is frequently used in practice with binary criterion variables and it was used here as only a second step analysis. Here, it compared the predictor race groups and age groups with the binary outcome of terminated or not.

Statistical Significance

Chi-Square and ANOVA both use a "$p$" value to determine the probability that the differences observed are "real" or beyond an accepted level of probability. The result of $p<.05$ is accepted as a result which indicates the differences are not likely by chance and is therefore the threshold for statistical significance in most fields using practical statistics. The more restrictive $p<.01$ can also be used but when there is ample sample size a $p<.05$ is considered sufficient. When a $p$ value is less than .05 most practitioners say a result is "statistically significant." When a $p$ value is less than .01 most practitioners say a result is "strongly statistically significant."

The 4/5ths rule is a rule of thumb to evaluate adverse impact in a hiring or termination scenario to determine if the "minority group" was impacted adversely at a rate higher than the threshold of 4/5ths. In other words, if 100% of a majority group pass a test then the minority group should not pass at a rate lower than 80% or the test result is said to be adversely impacting the minority group. In a testing or hiring scenario, generally the minority group result is divided by the majority group result and if the percentage is less than 80% of the majority group the result has adverse impact. Here, since it is a termination scenario where an adverse result is seen when <u>less</u> of the majority experiences a termination rather than when <u>more</u> of the majority group passes a test, the math is reversed and the majority group result is divided by the minority group result.

**Results:**

Race Analysis

The race cross-tabulation showed that of all non-African-Americans (called "other" below), only 5.6% of this group was terminated in the RIF. This is compared to the 15.5% of the African-American group that was terminated in the RIF. Table 1 below shows this result.

The 4/5ths rule analysis divided the 5.6% "other" termination rate by the 15.5% termination rate of African-Americans. The result was 36%. This means that African-Americans were

3

Reduction in Force Race and Age Differential Analysis

terminated at 36% the rate of "others". **The threshold is 80% and therefore 36% violates the 4/5ᵗʰ rule and supports a finding of an adverse result experienced by African-Americans during the RIF**.

**Table 1. Within-Race Termination Rates**



The Chi-Square indicated that this group difference resulted in a *p*=.001, which makes the result **strongly statistically significant**.

The ANOVA result was also statistically significant at *p*=002, which makes it also **strongly statistically significant**.

The rehire of 18 African-American and 0 "other" race workers into the FSW position does not change the net results notably. Even with adding those 18 African-Americans back to the non-terminated group, the within group difference still strongly exists. With the 18 African-Americans added back as non-terminated, the "other" group showed a loss of 5.6% as compared to a 12.9% net loss of the African-Americans. This means that with the rehire, non-African-Americans remained terminated at 43% the rate that African-Americans remained terminated, which still violates the 4/5ths rule 80% threshold. The difference here is still statistically significant with a chi-square of *p*=.006 which is **strongly statistically significant** and an ANOVA result of *p*=.013 which is **statistically significant** and on the cusp of **strongly statistically significant**.

<u>Age Analysis</u>
The race cross-tabulation showed that of all workers under 40, only 9.4% were terminated in the RIF. This is compared to the 16.5% of the 40 or over group that was terminated in the RIF. Table 2 below shows this result.

4

## Reduction in Force Race and Age Differential Analysis

The 4/5ths rule analysis divided the 9.4% under 40 group termination rate by the 16.5% group termination rate for those 40 and over. The result was 57%. This means that those under 40 were terminated at 57% the rate of those over 40. **The threshold is 80% and therefore 57% violates the 4/5th rule and supports a finding of an adverse result experienced by those 40 and over during the RIF.**

Table 2. Within-Age Termination



The Chi-Square indicated that this group difference resulted in a $p$=.002, which makes the result **strongly statistically significant**.

The ANOVA result was also statistically significant at $p$=004, which makes it also **strongly statistically significant**.

Of the 18 rehires into the FSW position, the declaration provided that 44.4% of these 18 were 40 or above workers. This equates to 8 rehires (with rounding) as compared to the 10 rehires (with rounding) who were under 40. Incorporating the rehire numbers to adjust the termination variable to make a net termination result makes the group difference more strongly statistically significant. The result indicated that the net termination result showed a group difference where the under 40 group lost only 6.1% of its workers compared to the 14.9% net loss for the 40 or over group. This means that with the rehire, the under 40 group remained terminated at 41% the rate that African-Americans remained terminated, which still violates the 4/5ths rule 80% threshold. This is more strongly statistically significant with a chi-square of $p$=.000 and an ANOVA result of $p$=.000.

**Summary of Results:**

5

# Reduction in Force Race and Age Differential Analysis

These results indicate, in short, that there was a higher rate of African-Americans terminated in the RIF than would be statistically attributed to chance or normal variation. The same result is found for the 40 or over work group. And these findings were not modified in any meaningful way by the rehire of 18 individuals into the FSW position.

Overall, this indicates statistically that there is a very high likelihood that the African-American and the 40 and over groups were impacted adversely and disproportionally by the RIF.

6