

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1010120 | 12/13/2013 | 31433 |
| **Job Date** | **Case No.** | |
| 12/12/2013 | 10-1564 (RC) / 10-1718 (RC) | |
| **Case Name** | | |
| (1) DAVIS et al. v  DC CHILD & FAMILY SERVICES AGENCY / (2) DUDLEY, et al. v  DC | | |
| **Payment Terms** | | |
| Net 30 | | |

Chad A. Naso, Esq.
Office of the Attorney General
441 Fourth St. NW -- 6th Floor South
Washington, DC  20001

CYNTHIA DUDLEY

    Late Cancellation (Rptr)        1.00  @  175.00  175.00

**TOTAL DUE >>>**    **$175.00**
AFTER 1/12/2014  PAY    $192.50

PO# 486925
Cancelled:  Witness/No Show

Thank you for choosing Olender Reporting, Inc.  Please visit our website: www.OlenderReporting.com
Online Scheduling | Real-time Reporting | Digital Videography | Transcript and Document Repository

**Tax ID:** 52-1358946            Phone:    PO#     Fax:

*Please detach bottom portion and return with payment.*

Chad A. Naso, Esq.
Office of the Attorney General
441 Fourth St. NW -- 6th Floor South
Washington, DC  20001

Job No.      : 31433           BU ID      : 1-ORI/DC
Case No.     : 10-1564 (RC) / 10-1718 (RC)
Case Name    : (1) DAVIS et al. v  DC CHILD & FAMILY
               SERVICES AGENCY / (2) DUDLEY, et al. v  DC

Invoice No.  : 1010120         Invoice Date : 12/13/2013
**Total Due  : $ 175.00**
 AFTER 1/12/2014  PAY  $192.50

Remit To: **Olender Reporting, Inc.**
          **1100 Connecticut Avenue NW, Suite 810**
          **Washington, DC  20036**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____