UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| RONDA DAVIS, ET AL.           ) | |
|                               ) | |
|     *Plaintiffs*,        ) | |
|                               ) | |
|     v.                  ) | Case No.: 1:10-cv-1564 (RC) |
|                               ) | |
| D.C. CHILD AND FAMILY         ) | |
| SERVICES, ET AL.              ) | |
|                               ) | |
|     *Defendants*.       ) | |
| _____) | |

**Plaintiff Ernest Hunter's Motion for Extension of Time to File
Opposition to Defendant's Motion for Sanctions**

Comes now Plaintiff Ernest Hunter, by and through counsel, and files this Motion for Extension of Time to File Opposition to Defendant's Motion for Sanctions, and in support thereof states as follows.

Defendant filed a motion for sanctions on December 17, 2013.  Plaintiff requests a two-week extension to file his opposition.

Plaintiff has just retained counsel in this matter and has learned that Defendant has filed a motion for sanctions.  Plaintiff Hunter wishes to file an opposition to the motion for sanctions.  Plaintiff requests two weeks for counsel to review and respond to the motion for sanctions.

WHEREFORE Plaintiff respectfully requests a two-week extension to file his Opposition to Defendant's Motion for Sanctions.

Date:   January 6, 2014                             Respectfully submitted,


                                                                            /s/
                                          David A. Branch, Bar # 438764
                                          Law Office of David A. Branch &
                                          Associates, PLLC
                                          1828 L Street, NW, Suite 820

Washington, D.C. 20036
202.785.2805 phone
202.785.0289 fax
dablaw@erols.com

**Certificate of Service**

I hereby certify this 6th day of January 2014 that a copy of the foregoing Plaintiff Ernest Hunter's Motion for Extension of Time to File Opposition to Defendant's Motion for Sanctions was electronically served on counsel listed below.

David Louis Rose
Email: daver@roselawyers.com

Joshua N. Rose
Email: josh@roselawyers.com

ROSE LEGAL ADVOCATES, P.C.
1407 Highland Drive
Silver Spring, MD 20910
(202) 331-8555
Fax: (202) 331-0996

*Counsel for Plaintiffs*


Donald M. Temple
DONALD M. TEMPLE, P.C.
1101 15th Street, NW
Suite 910
Washington, DC 20005
(202) 628-1101
Fax: (202) 628-1149
Email: dtemplelaw@gmail.com

*Counsel for Plaintiffs Cynthia Dudley, Karone Gray, David L. Hailes, and Lorraine Kelly*


Chad Alan Naso
Office of the Attorney General, District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 724-7854
Email: chad.naso@dc.gov

Grace Graham
Office of the Attorney General
441 Fourth Street, NW
Suite 600S
Washington, DC 20001

(202) 442-9784
Fax: (202) 741-8892
Email: grace.graham@dc.gov

*Counsel for Defendants*

                                                 /s/
                                        David A. Branch

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| RONDA DAVIS, ET AL. | ) |
| | ) |
|     *Plaintiffs*, | ) |
| | ) |
| v. | )  Case No.: 1:10-cv-1564 (RC) |
| | ) |
| D.C. CHILD AND FAMILY SERVICES, ET AL. | ) |
| | ) |
|     *Defendants*. | ) |

PROPOSED ORDER

Upon Consideration of Plaintiff Ernest Hunter's Motion for Extension of Time to File Opposition to Defendant's Motion for Sanctions, it is:

ORDERED that the motion be and hereby is granted. Plaintiff's Opposition to Defendant's Motion for Sanctions is due on or before _____.

_____
Judge Rudolph Contreras