UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| RONDA DAVIS, ET AL. ) | |
| ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 1:10-cv-1564 (RC) |
| ) | |
| D.C. CHILD AND FAMILY ) | |
| SERVICES, ET AL. ) | |
| ) | |
|     *Defendants*. ) | |
| ) | |

**Plaintiff Ernest Hunter's Consent Motion to Extend the Time to File
Opposition to the Motion for Sanctions**

Comes now Plaintiff Ernest Hunter, by and through counsel, and files this Consent Motion to Extend the Time to File Opposition to the Motion for Sanctions, and in support thereof states as follows.

Defendant filed a motion for sanctions on December 17, 2013. Plaintiff requested a two-week extension to file his opposition on January 6, 2014. This Court issued an Order granting Plaintiff's motion for extension of time and ordering Plaintiff to submit his response to the motion for sanctions on or before January 17, 2014.

Plaintiff's counsel has had responsibility for providing assistance to a terminally ill relative, and the relative passed away on January 13, 2014. Counsel has had to take emergency bereavement leave and travel to Arkansas for the service and will not return until the week of January 20, 2014. *See* Exhibit A. Plaintiff requests an extension until January 22, 2014 to respond to the motion for sanctions.

Counsel for Plaintiff Ernest Hunter contacted counsel for the Defendants, and they consent to this motion.

1

WHEREFORE Plaintiff respectfully requests an extension until January 22, 2014 to file his Opposition to Defendant's Motion for Sanctions.

Date:   January 15, 2014                                       Respectfully submitted,

                                                               _____/s/_____
                                                               David A. Branch, Bar # 438764
                                                               Law Office of David A. Branch &
                                                               Associates, PLLC
                                                               1828 L Street, NW, Suite 820
                                                               Washington, D.C. 20036
                                                               202.785.2805 phone
                                                               202.785.0289 fax
                                                               dablaw@erols.com

**Certificate of Service**

I hereby certify this 15th day of January 2014 that a copy of the foregoing Plaintiff Ernest Hunter's Consent Motion to Extend the Time to File Opposition to the Motion for Sanctions was electronically served on counsel listed below.

David Louis Rose
Email: daver@roselawyers.com
Joshua N. Rose
Email: josh@roselawyers.com
ROSE LEGAL ADVOCATES, P.C.
1407 Highland Drive
Silver Spring, MD 20910
(202) 331-8555
Fax: (202) 331-0996

*Counsel for Plaintiffs*

Donald M. Temple
DONALD M. TEMPLE, P.C.
1101 15th Street, NW
Suite 910
Washington, DC 20005
(202) 628-1101
Fax: (202) 628-1149
Email: dtemplelaw@gmail.com

*Counsel for Plaintiffs Cynthia Dudley, Karone Gray, David L. Hailes, and Lorraine Kelly*

Chad Alan Naso
Email: chad.naso@dc.gov
Grace Graham
Email: grace.graham@dc.gov
Office of the Attorney General, District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 724-7854
(202) 442-9784
Fax: (202) 741-8892

*Counsel for Defendants*

                                                /s/
                                          David A. Branch

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **RONDA DAVIS, ET AL.** ) | |
| ) | |
|    *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 1:10-cv-1564 (RC) |
| ) | |
| **D.C. CHILD AND FAMILY** ) | |
| **SERVICES, ET AL.** ) | |
| ) | |
|    *Defendants*. ) | |
| ) | |

PROPOSED ORDER

Upon Consideration of Plaintiff Ernest Hunter's Consent Motion to Extend the Time to File Opposition to the Motion for Sanctions, it is:

ORDERED that the motion be and hereby is granted.  Plaintiff's Opposition to Defendant's Motion for Sanctions is due on or before January 22, 2014.

                       _____

                       Judge Rudolph Contreras