UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONDA L. DAVIS *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.:   10-1564 (RC) |
| v. | : | |
| | : | Re Document No.:   138 |
| DISTRICT OF COLUMBIA CHILD AND | : | |
| FAMILY SERVICES AGENCY *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Plaintiffs' Consent Proposed Scheduling Order (ECF No. 138) and for the reasons stated on the record at the March 17, 2015, Status Conference, it is hereby

**ORDERED** that:

1. Plaintiffs shall file any motion to reopen discovery on or before **April 17, 2015**;

2. Plaintiffs shall provide all outstanding discovery responses due to Defendant, as set forth and incorporated in Defendant's Renewed Motion for Sanctions (ECF No. 115), on or before **May 18, 2015**;

3. Following May 18, 2015, the parties shall meet and confer regarding any outstanding discovery issues, and the parties shall file a Joint Status Report on **June 8, 2015**, regarding the status of discovery and any outstanding issues; and

4. The parties shall appear for a Status Conference on **June 22, 2015, at 10:30 AM** in Courtroom 14.

**SO ORDERED**.

Dated:  March 17, 2015                                              RUDOLPH CONTRERAS
                                                                                     United States District Judge