UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONDA L. DAVIS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.: 10-1564 (RC) |
| | : | |
| v. | : | Re Document No.: 144, 146 |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |

# ORDER

### GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DENYING AS MOOT PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion for Summary Judgment (ECF No. 146) is **GRANTED** and Plaintiffs' Motion for Class Certification (ECF No. 144) is **DENIED** as moot. It is hereby:

**ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendant on all remaining claims in Plaintiffs' Third Amended Complaint; and it is

**FURTHER ORDERED** that Plaintiffs' motion for class certification is **DENIED** as moot.

**SO ORDERED**.

Dated: March 31, 2017                                                          RUDOLPH CONTRERAS
                                                                               United States District Judge