IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

File No. 10-1564

| | | |
|---|---|---|
| Ronda L. Davis, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Notice of Appeal |
| | ) | |
| District of Columbia, | ) | |
| Defendant. | ) | |

_____

Notice is hereby given that Plaintiffs in the above captioned case, represented by the Howard Civil Rights Clinic, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment Granting the Defendant District of Columbia's Motion for Summary Judgment and Denying as Moot Plaintiffs' Motion for Class Certification entered in this action on the 31st day of March, 20l4.

Pursuant to Federal Rule of Appellate Procedure ("FRAP") 3(c)(1)(A), Counsel states that the Plaintiffs represented by undersigned counsel appealing the case include:

1.  SEPHANIE R. ALSTON
2.  KIMBERLY BROWN
3.  STEPHANY M. KAGHA

1

4.   DONNA YVETTA LEE
5.   CELCIEL W. MOORE
6.   DARIUS MORRIS
7.   JANICE SMITH WASHINGTON
8.   MABLE LARRAINE BOLER
9.   JAMES E. BYRD, JR.
10.  GWENDOLYN CARTHENS
11.  SAKITHIA LATRENA DAVIS
12.  CLARENCE EVANS
13.  GALE AUSTIN FIELDS
14.  OMAR FRANCIS
15.  VICKIE MARIA GUION
16.  ERNEST HUNTER
17.  CARLA C. JOHNSON
18.  JOHN ROLAND JORDAN
19.  MARY RUTH KING
20.  LUZ A. LAGARES
21.  SHIRLEY MIMS
22.  STACY DAVE MURRY
23.  NICKY ODAKA
24.  MOSES OGOKEH
25.  EDWARD L. RANDOLPH
26.  TRINA MARCELL ROBINSON
27.  LAURA SMART
28.  DARRYL STANFIELD
29.  ANGELA GOOLSHAN KHAN THOMAS
30.  CHANELLE TIBBS
31.  GERMAINE Elanda WALKER
32.  RODNEY E. WILLIAMS
33.  WANDA MARIE WILLIAMS

On April 25, 2017, Counsel spoke with Attorney Donald Temple, who is attorney of record for the following Plaintiffs, who are also appealing the decision:

1. CYNTHIA DUDLEY
2. KARONE GRAY
3. DAVID L. HAILES
4. LORRAINE KELLY

The class in this case has not been certified case as the District Court did not rule on Plaintiffs' motion for class certification.

Dated: <u>April 25, 2017</u>

(s) __/s/ Karla McKanders_____
Karla McKanders, Esq.
Attorney for Plaintiffs
Howard University School of Law
2900 Van Ness Street NW
Washington, DC 20008

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>April 25, 2017</u>, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court. I certify that the following attorneys are registered CM/ECF participants for whom service will be accomplished by the CM/ECF system:

Donald M. Temple

Joshua N. Rose

David Louis Rose

Aderson Bellegarde Francois

Chad Wayne Copeland

Robert Joseph Rich

Louise E. Ryder

Eric Uriol Johnson

Dated: <u>April 25, 2017</u>

Respectfully submitted,

<u>/s/ Karla M. McKanders</u>
Karla McKanders, Director
Civil Rights Clinic
Howard University School of Law
2900 Van Ness St., N.W.
Washington, DC 20008
(202) 806 – 8065