# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 17-7071**                                   **September Term, 2018**

FILED ON: JUNE 7, 2019

RONDA L. DAVIS, ET AL.,
                              APPELLEES

SEPHANIE R. ALSTON, ET AL.,
                              APPELLANTS

v.

DISTRICT OF COLUMBIA,
                              APPELLEE

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:10-cv-01564)

———

Before: MILLETT, PILLARD and KATSAS, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed in part, reversed in part, and the case is remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:     /s/

Ken Meadows
Deputy Clerk

Date: June 7, 2019

Opinion for the court filed by Circuit Judge Pillard.
Opinion concurring in part and dissenting in part filed by Circuit Judge Katsas.