UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONDA L. DAVIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 10-01564 (RC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk shall please enter the appearance of Assistant Attorney General Michael A. Tilghman II and withdraw the appearance of Eric U. Johnson as counsel for defendant the District of Columbia.

Dated: August 26, 2019.     Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

FERNANDO AMARILLAS
Chief, Equity Section

/s/ Michael A. Tilghman II
MICHAEL A. TILGHMAN II [988441]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600 South
Washington, D.C.  20001
(202) 727-6247
(202) 741-8776 (fax)
michael.tilghman@dc.gov
*Counsel for Defendant District of Columbia*