UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONDA L. DAVIS, *et al.* | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) Civil Action No. 10-1564 (RC) |
| v. | ) <br> ) |
| DISTRICT OF COLUMBIA, | ) <br> ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's August 23, 2019 Minute Order, the Parties have conferred and submit this Joint Status Report, which includes a proposed schedule to govern further proceedings.

### PROPOSED SCHEDULE

**Defendant the District of Columbia's Position**

Defendant the District of Columbia (the District) is still considering whether to file a petition for writ of certiorari to the United States Supreme Court—due 90 days from the D.C. Circuit's August 14, 2019 denial of the District's petition for rehearing en banc—and therefore requests, in the interest of judicial economy, that the Court stay these proceedings until November 13, 2019, one day after the deadline for the District to file such petition. The District further requests that the Court order the Parties to file a Joint Status Report by November 13, 2019.

If the Court denies the District's request for a stay, the District requests that the Court permit it to file a renewed motion for summary judgment on the sole remaining issue in Phase I of the case: whether plaintiffs can establish a *prima facie* case in support of their disparate impact challenge to the Child and Family Services Agency's (CFSA) 2010 reduction in force (RIF)—specifically, whether plaintiffs can establish that the alleged practices by which CFSA implemented the RIF had a statistically significant racial impact. *See* Cir. Op. at 6 ("The court

bifurcated discovery and pretrial motions, limiting the first stage to the 'existence and statistical validity of group-based disparities caused by' the practices challenged on disparate impact grounds …."); 22 ("If on remand plaintiffs clear the statistical hurdle, the parties will have an opportunity after appropriate discovery to address whether the Agency's execution of the reduction in force was justified by business necessity"). The governing briefing schedule should be as follows: the District's renewed motion for summary judgment is due by November 18, 2019, plaintiffs' opposition is due by January 27, 2020, and the District's reply is due by February 17, 2020.

If the Court grants the District's request for a stay, the District does not believe a briefing schedule should be entered.

**Plaintiffs' Position**

Plaintiffs propose that the Parties proceed with briefing on the question for which the Court of Appeals remanded to the District Court. Plaintiffs also intend to cross-move for summary judgment. Assuming this court does not grant a stay of proceedings, the proposed briefing schedule is as follows:

**Parties' opening briefs due:** November 18, 2019

**Parties' opposition briefs due:** January 27, 2020

**Parties' reply briefs due:** February 17, 2020

Assuming this court does grant a stay of proceedings, the proposed briefing schedule is as follows:

**Parties' opening briefs due:** December 18, 2019

**Parties' opposition briefs due:** February 12, 2020

**Parties' reply briefs due:** March 3, 2020

| | |
|---|---|
| Dated: September 13, 2019. | Respectfully submitted, |
| /s/ Aderson Francois<br>Aderson Francois (498544)<br>Georgetown Law Civil Rights Clinic<br>600 New Jersey Ave., NW<br>Washington, DC 20001<br>(202) 662-9065<br>aderson.francois@georgetown.edu | KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>TONI MICHELLE JACKSON<br>Deputy Attorney General<br>Public Interest Division |
| *Counsel for plaintiffs Boler, Brown, Byrd, Carthens, R. Davis, S. Davis, Evans, Farrar, Fields, Francis, Guion, Hunter, C. Johnson, Jordan, Kagha, Khan, King, Lagares, Lee, Mims, Mueey, Moore, Morris, Odaka, Ogokeh, Randolph, Robinson, Smart, Stanfield, Tibbs, Walker, Washington, R. Williams, and W. Williams* | /s/ Fernando Amarillas<br>FERNANDO AMARILLAS (974858)<br>Chief, Equity Section<br><br>/s/ Michael A. Tilghman II<br>MICHAEL A. TILGHMAN II (988441)<br>ROBERT RICH (1016908)<br>Assistant Attorneys General<br>441 Fourth Street, NW, Suite 630 South<br>Washington, D.C. 20001<br>(202) 727-6247<br>(202) 741-8776 (fax)<br>michael.tilghman@dc.gov |
| /s/ Donald Temple II<br>Donald Temple (408749)<br>Temple Law Offices<br>1310 L Street, NW, Suite #750<br>Washington, DC 20005<br>(202) 628-1101<br>dtemplelaw@gmail.com<br><br>*Counsel for plaintiffs Gray, Hailes, and Kelly* | *Counsel for Defendant* |