UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONDA DAVIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 10-1564 (RC) |

### DEFENDANT'S MOTION TO DISMISS FOR LACK OF PROSECUTION AND MOTION TO COMPEL RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Federal Rules of Civil Procedure 37(a) and 41(b), defendant the District of Columbia (the District) moves to dismiss certain plaintiffs' claims for lack of prosecution and to compel other plaintiffs' responses to the District's First Set of Interrogatories and Requests for Production. Plaintiffs allege that the District discriminated against them based on their race when the Child and Family Services Agency (CFSA) terminated their positions in 2010 as part of a reduction in force (RIF), in violation of their rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the District of Columbia Human Rights Act, D.C. Code § 2-1402.11. Plaintiffs also allege that the selection procedures the District used to implement the RIF were not consistent with any business necessity and that, even if the procedures were consistent with a business necessity, the District could have accomplished its objectives through less discriminatory means. During discovery, the District requested that plaintiffs identify the principal reasons why they contend the RIF was not consistent with business necessity and identify the reasonable alternatives available to the District that purportedly could have accomplished the same objectives through less discriminatory means.

According to the Court's docket, 36 plaintiffs assert claims against the District. Thirty-two plaintiffs are represented by Mr. Aderson Francois (the Francois plaintiffs). Twenty of the Francois plaintiffs have not provided responses to the District's discovery requests. Mr. Francois has represented that he has not been able to contact some or all of those 20 plaintiffs in years. The District requests that the Court dismiss those 20 plaintiffs from the case for lack of prosecution. With regard to the 12 Francois plaintiffs who have responded, the Court should compel them to provide full and complete responses to the District's interrogatories. The remaining four plaintiffs are represented by Mr. Donald Temple (the Temple plaintiffs). Mr. Temple provided only unverified responses on behalf of the Temple plaintiffs. Further, the Temple plaintiffs did not provide substantive responses to any of the District's interrogatories. The Court should compel the Temple plaintiffs to provide verified, full and complete responses to the District's interrogatories.

Pursuant to Local Rule 7(m), the District met and conferred with counsel for the Francois plaintiffs on August 10, 2021. The District made several unsuccessful attempts over several months to meet-and-confer with counsel for the Temple plaintiffs.[1] A memorandum of points and authorities and proposed order are attached.

---

[1] The District served its discovery requests on February 25, 2021. Plaintiffs responded on May 3, 2021. The District sent deficiency letters to Messrs. Francois and Temple on June 2, 2021. Mr. Francois indicated he needed until July 18, 2021, to supplement his discovery responses. After receiving no response from Mr. Francois, the District followed-up with Messrs. Francois and Temple on August 6, 2021. Mr. Francois scheduled a meet-and-confer; Mr. Temple did not respond. The District contacted Mr. Temple again on August 10, 2021. Mr. Temple responded the same day and stated he would address the matter "expeditiously." Mr. Temple did not respond further. The District contacted Mr. Temple again on August 16, 2021. Mr. Temple stated he would respond on August 17, 2021. Mr. Temple did not respond. On August 18, 2021, the District contacted Mr. Temple again. Mr. Temple stated that he was on vacation until August 23, 2021. The District requested that Mr. Temple make himself available on August 24 or 25, 2021. Mr. Temple did not respond and has not been in further contact with counsel for the District.

Dated:  September 7, 2021.	Respectfully submitted,

        KARL A. RACINE
        Attorney General for the District of Columbia

        CHAD COPELAND
        Deputy Attorney General
        Civil Litigation Division

        */s/ Fernando Amarillas*
        FERNANDO AMARILLAS [974858]
        Assistant Deputy Attorney General

        */s/ Richard P. Sobiecki*
        RICHARD P. SOBIECKI [500163]
        MICAH BLUMING [1618961]
        MATEYA B. KELLEY [888219451]
        Assistant Attorneys General
        Equity Section
        400 Sixth Street, N.W., Suite 10100
        Washington, D.C. 20001
        Phone: (202) 805-7512
        Fax: (202) 730-1470
        richard.sobiecki@dc.gov

        *Counsel for the District of Columbia*