# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| RONDA L. DAVIS, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 10-1564 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 184, 185 |
| | : | | |
| DISTRICT OF COLUMBIA, | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO COMPEL AND DENYING DEFENDANT'S MOTION TO DISMISS

For the foregoing reasons, Defendant the District of Columbia's Motion to Dismiss for Lack of Prosecution and Motion to Compel Responses to Defendant's First Set of Interrogatories and Requests for Production (ECF Nos. 184, 185) is **GRANTED IN PART AND DENIED IN PART** without prejudice.  It is hereby:

**ORDERED** that those plaintiffs who have not filed any response to Defendant's First Set of Interrogatories and Requests for Production (ECF No. 184-4), Clarence Evans, Angela Khan Thomas, Celciel Moore, and Wanda Williams, shall show cause within sixty days, on or before April 8, 2022, why their claims should not be dismissed because of their non-responsiveness; and it is

**FURTHER ORDERED** that the responding plaintiffs represented by Aderson B. Francois shall provide complete, verified responses to Defendant's First Set of Interrogatories Nos. 3, 5, 6, 9, 11, 12, 14, 15, 16, 17, 18, and 22 on or before April 8, 2022; and it is

**FURTHER ORDERED** that the responding plaintiffs represented by Donald M. Temple shall provide complete, verified responses to Defendant's First Set of Interrogatories Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 22 on or before April 8, 2022.

**SO ORDERED**.

Dated:  February 7, 2022  　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge