# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONDA L. DAVIS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br><br> Defendant. | Civil Action Nos.   1:10-cv-01564-RC <br> 1:10-cv-01718-RC |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment (Motion), and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that judgment be entered for Defendant on all claims.

**SO ORDERED.**

Date: _____

_____
RUDOLPH CONTRERAS
United States District Judge