UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONDA L. DAVIS,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | **Civil Action Nos.**   1:10-cv-01564-RC <br> 1:10-cv-01718-RC |

## EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

- **A.** FY 2011 CFSA Proposed Budget and Financial Plan (Pl. 000089-104)
- **B.** Decl. of Lauren Ganoe
- **C.** Decl. of Debra Porchia-Usher
- **D.** Decl. of Raymond Davidson
- **E.** Decl. of Dexter Starkes
- **F.** Mem. from Al Day to Ray Davidson (undated) (DC_Davis-00007461–7464)
- **G.** Mem. from Roque Gerald to Neil Albert (Apr. 20, 2010) (DC_Davis-00003224–3244)
- **H.** E-mail from Roque Gerald to CFSA – All Staff (May 6, 2010) (DAVI005_0000020412-1–20412-2)
- **I.** Letter from Dexter Starkes to Stephen G. White (May 12, 2010) (DC_Davis-00005272–5275)
- **J.** Stephen G. Bronars, A Statistical Analysis of the Reduction in Force at the D.C. Child Family Services Agency (Jan. 8, 2013)
- **K.** E-mail from Leslie Mejia to Al Day (June 21, 201) (DAVIS-000953–961)
- **L.** Social Work Associate Position Description
- **M.** Pls.' Sixth Supp. Objs. and Resps. to Def.'s First Set of Interrog. (excerpt)