# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA L. DAVIS, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DISTRICT OF COLUMBIA CHILD AND FAMILY SERVICES AGENCY, *et al.* <br><br> Defendants. | Case No. 10-1564 (HHK) <br> Jury Trial Demanded <br><br> Consolidated with |
| CYNTHIA DUDLEY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DISTRICT OF COLUMBIA <br><br> Defendant. | Case No. 10-1718 (HHK) |

## DECLARATION OF LOREN GANOE

Pursuant to 28 U.S.C. § 1746, I, Loren Ganoe, declare and state under the penalty of perjury as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information.

2. I am the Chief of Staff for the District of Columbia Child and Family Services Agency (CFSA) and I have held this position since July 2009. As the Chief of Staff, I assist the Director with all aspects of the agency's operations and serve as the liaison to the Executive Office of the Mayor and City Council on budget development, performance management and legislative issues. I analyze, evaluate, develop and recommend short-and long-range policies, priorities and plans for the effective operation of CFSA. Additionally, I am responsible for the Contracts and Procurement and Information Technology departments and the Partners for Kids

Program. From July 2007 through June 2009 I held the position of Director of External and Interagency Affairs. In this capacity I was responsible for the management of the Office of External & Interagency Affairs, which included the Partner for Kids Program, the Mayor's Services Liaison Office, the Grandparent Caregiver Pilot Program and Intergovernmental Affairs.

3. I am familiar with the process of developing the budget for CFSA and the District of Columbia and I was involved in the development of CFSA's budget for the fiscal years 2009-2012.

4. Overall the District of Columbia has experienced significant revenue shortfalls over the last few years and the Local Funds' budget for the CFSA has been reduced over that time.

5. In fiscal year 2010 (October 1, 2009 – September 30, 2010) CFSA's Local Funds' budget was reduced by $25.3 million from the FY 2009 budget. CFSA is required to maintain a balanced budget and therefore was required to implement various cuts to achieve the required cost savings. Those cuts included reductions in the per diem rate to congregate and family-based foster care, reductions to information technology services, reduction in contractual funds to the Healthy Families/Thriving Communities Collabratives, personnel reductions in CFSA's information technology unit and the public information office, and various agency management efficiencies.

6. In early 2010, CFSA began the process of developing FY 2011 (October 1, 2010 – September 30, 2011) budget. The process began with the Mayor's Office providing CFSA with a budget mark, *i.e.*, the amount of funds available to CFSA for FY 2011. CFSA submitted its proposed budget, in line with the mark provided by the Mayor's Office, which was then

reviewed and revised with all other submissions from the District of Columbia agencies. During the process of developing the budget the Office of the City Administrator directed that CFSA cut $3.2 million in personnel.

7. The Mayor submitted a proposed budget to the Council for the District of Columbia in March/April 2010 which included fiscal cuts to CFSA's budget as well as a reduction of the agency's full time equivalents (FTEs) positions.

8. The final budget passed by the Council included a $12.1 million reduction to CFSA's Local Funds' budget from FY 2010 and a reduction from 892 FTEs in FY 2010 to 840 FTEs in FY 2011.

9. In order to achieve the reductions in personnel costs required by the FY 2011 budget, CFSA was required to conduct a reduction in force (RIF) with an effective termination date of June 11, 2010. The RIF had to be fully implemented before the beginning of FY 2011 (*i.e.*, October 1, 2010) when the new budget with its reduced FTEs and budget cuts went into effect. This means that all of the personnel costs associated with the RIF (*e.g.*, annual leave pay outs and severance) had to be completed before October 1, 2010.

10. In addition to the RIF, CFSA achieved budget savings in FY 2011 by reducing or eliminating the following: reduced administrative costs, reduced available funds for conferences and training, reduced the per diem rate for congregate and family-based foster care, adjusted the per diem for non-contracted foster care room and board, reduced the contract for the Collaboratives, eliminated the contract for the Foster Parent Association, eliminated the grant to the DC Children's Trust Fund, and eliminated the grant for Adoptions Together Respite Care.

Executed on 6/3/11

LOREN GANOE

3