# EXHIBIT C

Case 1:10-cv-01564-RC   Document 197-6   Filed 09/30/22   Page 2 of 17
Case 1:10-cv-01564-RC   Document 25-2   Filed 06/07/11   Page 1 of 16

Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA L. DAVIS, *et al.*, | Case No. 10-1564 (HHK) |
| Plaintiffs, | Jury Trial Demanded |
| v. | |
| | Consolidated with |
| DISTRICT OF COLUMBIA CHILD AND FAMILY SERVICES AGENCY, *et al.* | |
| Defendants. | |
| CYNTHIA DUDLEY, *et al.*, | Case No. 10-1718 (HHK) |
| Plaintiffs, | |
| v. | |
| DISTRICT OF COLUMBIA | |
| Defendant. | |

## DECLARATION OF DEBRA PORCHIA-USHER

Pursuant to 28 U.S.C. § 1746, I, Debra Porchia-Usher, declare and state under the penalty of perjury as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information.

2. I am the Deputy Director for Agency Programs for the District of Columbia Child and Family Services Agency (CFSA). I have been the Deputy Director since June 8, 2009.

3. As Deputy Director, I oversee CFSA's frontline functions dedicated to children, youth, and family safety and permanency. These functions include the 24-hour hotline for reporting alleged child abuse and neglect, investigations of alleged abuse and neglect,

Case 1:10-cv-01564-RC  Document 197-6  Filed 09/30/22  Page 3 of 17
Case 1:10-cv-01564-RC  Document 25-2  Filed 06/07/11  Page 2 of 16

Exhibit 2

management of cases for children and youth who are able to remain safely at home following an investigation and children who are placed in foster care.

4. I began my career in human services over 20 years ago as a foster care placement social worker and as a child protective services investigator in Michigan and I have served as a supervisor, manager, and executive leader in both the public and private child welfare fields. Prior to joining CFSA in 2009, I served as the vice president of the United Way for Southeastern Michigan, overseeing 72 non-profit organizations and managing a $13 million budget.

**Background**

5. As the District's child welfare agency, CFSA is required to maintain a 24-hour hotline to accept reports of abuse and neglect and to investigate those allegations to determine whether to substantiate the report. When a home is unsafe for children, CFSA temporarily removes the children to a safe setting, such as a foster home or a licensed kinship home. In addition, CFSA provides services to families where children may remain safely in their homes to assist the family in overcoming risks that may endanger children.

6. CFSA social workers, who I supervise, are required to continually assess the safety and well-being of children, whether those children are served in their homes or in foster care. In order to assess safety and well-being, social workers conduct visits at homes and interview family members, including each child and caretaker. Social workers also connect children and families with educational supports, counselors, tutors, mentors, medical providers, drug treatment and domestic violence resources, employment services, and housing assistance.

7. For each child who is removed from their home, the Family Court assigns a permanency goal, such as reunification with parent(s), adoption, or guardianship. CFSA social workers work with the families and children to achieve those goals.

Case 1:10-cv-01564-RC   Document 197-6   Filed 09/30/22   Page 4 of 17
Case 1:10-cv-01564-RC   Document 25-2   Filed 06/07/11   Page 3 of 16

Exhibit 2

8. The Social Service Assistants (SSA) positions were designed to provide administrative support to CFSA social workers. *See* Ex. A (SSA job descrition). The SSAs were assigned to assist social workers in both the investigations units as well as for our in-home and out-of-home units. The SSAs were primarily charged with the coordination and transportation related to visits and to serve as back up for medical and dental appointments for CFSA foster parents and social workers.

9. SSAs were not required to have a bachelor's degree. Accordingly, they were not qualified to conduct home visits or interviews of children and caretakers that are necessary to assess the safety of a home and the well-being of a child.

## 2010 Reduction in Force

10. Due to severe budgetary constraints, the Office of the City Administrator directed that CFSA cut $3.2 million in personnel in order to achieve the cost savings needed for a balanced budget in fiscal year 2011. In conducting the required personnel cuts, which necessitated a Reduction in Force (RIF), CFSA reviewed its programs and determined which functions would have the least negative impact on the Agency's ability to perform its statutory and court-ordered functions.[1]

11. In addition, CFSA has been realigning its practice to provide the best services to children, youth, and families, using teaming as the major intervention methodology. This means that each child or family receiving services from CFSA will have an assigned team of workers available to manage each case and provide services. A social worker serves as the lead on each

---

[1] CFSA's mandated to, among other things, maintain the 24-hour hotline, conduct investigations, and to provide case management and services discussed herein. These requirements are found in both statutory law as well as through a consent order in the class action styled *LaShawn v. Fenty*.

Case 1:10-cv-01564-RC   Document 197-6   Filed 09/30/22   Page 5 of 17
Case 1:10-cv-01564-RC   Document 25-2   Filed 06/07/11   Page 4 of 16

Exhibit 2

team, but the team also includes a nurse care manager and other pertinent staff and external stakeholders (*e.g.*, guardians ad litem).

12. In implementing the practice model, it was determined that the SSA position did not fit into the teaming approach because of the limitations in their duties. Rather, a newly created position of Family Support Worker (FSW), which required a bachelor degree in a social service field, would provide substantive support to the social worker and other members of a child/family's team. *See* Ex. B (FSW Job Description). FSWs are able to perform casework activities that support investigative social workers to obtain the information necessary to complete investigations of abuse and neglect, including interviewing family members, children, and caretakers, assessing the safety of a home and the well-being of children, conducting home visits; documenting information into the case record; coordinating with other team members for meetings; and coordinating needed services for families and children.

13. The decision to eliminate the SSAs and create the new position of FSWs provided an overall cost savings for CFSA while also allowing CFSA to provide children and families with a team of professionals able to serve them and their needs. The decision to eliminate the SSA positions was based solely on the needs and priorities of the Agency with respect to its mission to provide services to children, youth, and families.

14. There were a total of 57 Social Service Assistant positions eliminated as a result of the agency's re-alignment and resulting RIF. CFSA currently has 38 Family Support Workers supporting the agency's teaming practice model and supporting the agency's Social Workers.

15. The total number of positions eliminated in the 2010 RIF was 115. In addition to the SSA position, CFSA also eliminated Social Work Associate positions, of which there were 16. Further, the RIF included employees in the following positions: Clerical Assistants; Contract

Case 1:10-cv-01564-RC   Document 197-6   Filed 09/30/22   Page 6 of 17
Case 1:10-cv-01564-RC   Document 25-2   Filed 06/07/11   Page 5 of 16
Exhibit 2

Compliance Officer; Program Monitors; Resource Development Specialist; Paralegal Specialist; Care Assessment Specialist; Mentor Project Specialist; Secretary; Staff Assistant; Human Resources Specialist; Clinical Support Specialist; Office Automation Assistant; Residential Specialist; Administrative Review Specialist; Health Services Program Liaison; Program Manager; Supervisory Program Monitor; Supervisory Resource Development Specialist; Supervisory Clinical Support Specialist; Supervisory Health Care Specialist; Supervisory Administrative Review Specialist.

16. In effectuating the RIF, CFSA provided notice to the effected employees in writing on May 6, 2010. Each effected employee was placed on administrative leave until the date of the termination, June 11, 2010.

17. Further, for employees who were terminated through the RIF, CFSA provided a preference in hiring for the FSW positions. For example, any SSA that had the minimal requirements of the FSW (*i.e.*, a bachelor degree)[2] was considered first before any outside candidates were interviewed or selected for hire. Based on that preference, CFSA re-hired a total of 18 employees into the newly created FSW position on June 7, 2010, prior to the official RIF date of June 11, 2010.

Executed on May 25, 2011

DEBRA PORCHIA-USHER

---

[2] All outside hires required a bachelor degree in a social service field, however, for the SSAs that were terminated in the RIF, CFSA required only a bachelors degree in any field.

## Exhibit A – attached to Porchia-Usher Declaration

# CHILD & FAMILY SERVICES AGENCY
## OFFICE THE DEPUTY DIRECTOR FOR PROGRAAM OPERATIONS

Office of the Deputy Director for Program Operations-wide

SOCIAL SERVICES ASSISTANT DS-186-6/7/8
ENTRY LEVEL DS-6

**MAJOR DUTIES:**

Works as a Social Services Assistant in the Child and Family Services Agency (CFSA), Office of the Deputy Director for Program Operations (ODDPO), providing direct support to social work staff and the social work function.

- Conducts non-clinical home visits accompanying a Social Worker or Social Service Assistant, as needed, for reasons of safety or to assist in locating the assessment site; conducts unaccompanied home visits in safe situations. Facilitates visitations, arranging or transporting children; assists with physical oversight of groups of children.

- Provides transportation assistance for clients to and from CFSA to court, service providers, city hospitals and to other institutions at the request of the social worker or supervisor. Drives agency vehicles as required.

- Supports social workers and supervisory social workers in implementing service plans by supervising/facilitating visits, making referrals or scheduling service with providers, or program specific administrative activities, depending on assigned program area, i.e., assists with ICPC or home study Packets.

- Supervises visits with children and their family members or persons important to the child, documenting observations in FACES.

- Participates in case and supervisory conferences as needed; brings problem issues to the attention of the worker and/or supervisor for discussion in these conferences.

- Requests case-related information and documentation by contacting clinics, schools and service providers; retrieves information from case records, completes application for birth and death certificates, school records from state and out-of-state agencies, assists in school transfers, processes authorizations for the release of information as needed and other required documentation as needed.

- Creates records for committed children based on incumbent's observations, as opposed to the observations of the social worker, of relevant activity and information obtained from the system; files related documents as necessary; and performs case-related data input/checking in FACES. Creates records for committed children based on incumbent's observations of relevant activity and information obtained from the system; files related documents as necessary; and performs case-related data input/checking in FACES.

- Attends Court with social worker or supervisor as needed, most often when incumbent has observed and documented observations of a parent/child visit.

- Documents all client activity in FACES within three days of the activity.

- Assists the social worker in completing specified paper searches to locate hard-to-find families by searching and clarifying data, checking files, and contacting other agencies.

- Provides services related to planned or emergency placement of children or other emergency assistance, under the direction of a social worker or supervisor.

- Provides support services to targeted clients, for example, older foster care youth, teen moms

- Performs other related duties as assigned.

### KNOWLEDGE REQUIRED:

Basic knowledge of CFSA's, missions, goals, and organizational structure to provide information, resources, and social services to children and families.

Basic knowledge of information, resources, and social services to children and families.

Basic knowledge of child abuse and neglect laws to assess risk factors in a given environment.

Basic knowledge of standard public and private agencies means of information and data collection to gather factual material.

Basic knowledge of policies governing child abuse, neglect and adoption, and confidentiality procedures, to maintain professional objectives and boundaries.

Basic knowledge of the developmental needs of children to provide required services to children and families.

Basic knowledge of databases for electronic case management in FACES or other relevant databases.

### SUPERVISORY CONTROLS:

Works under the general supervision of a social worker or a supervisory social worker, who makes assignments in detail, indicating steps and processes. The work is performed independently but in consultation with a social worker or a supervisory social worker. Problems are also discussed or referred to the social worker or a supervisory social worker. Assignments are reviewed when completed and at bi-weekly conferences or when issues arise for compliance with instructions and judgment.

### GUIEDELINES:

Guidelines include Federal Title IV-E regulations; Public Law 379; D.C. Law 2-22; P. L. 96-272;

Page 2 of 3

Exhibit A (Porchia-Usher Declaration)

CFSA policies and procedures manuals; and CFSA directives and administrative issuances.

### COMPLEXITY:

The work involves assignments which are sensitive in nature. Assignments involve providing temporary and permanent placement of abused and neglected children and children with physical or mental handicaps. Carries out decisions made by the social worker or supervisory social worker, in compliance with program goals, priorities, and commitments. It requires initiative to choose a course of action from limited alternatives and an ability to quickly respond to a crisis. Failure to respond in a crisis may place the child at risk.

### SCOPE AND EFFECT:

The primary purpose of this position is to provide program support to social workers and supervisory social workers, which allows them to concentrate on more complex case situations.

The work affects the work of the unit, the services provided to children and families, and the work of ancillary service organizations.

### PERSONAL CONTACTS:

Personal contacts are with clients in the community; CFSA employees, District and federal agencies and public and private agencies.

### PURPOSE OF CONTACTS:

The purpose of the contacts is to plan and coordinate social work services to obtain needed information on various cases and to provide social services to children and families.

### PHYSICAL DEMANDS:

The position requires an ability to respond quickly to emergency situations and provide support to children and families and CFSA staff. The position involves hazardous situations including violent, hostile or unpredictable behavior from children and/or family members.

### WORK ENVIRONMENT:

The position requires an ability to respond quickly to emergency situations and provide support to children and families and CFSA staff. The position involves hazardous situations including violent, hostile or unpredictable behavior from children and/or family members.

### OTHER SIGNIFICANT FACTORS:

The work may involve work beyond normal hours. Required to drive and maintain a current District Government Driver's License.

**Exhibit B – attached to Porchia-Usher Declaration**

| POSITION DESCRIPTION (Please Read Instructions on the Reverse Side) | | | | | | | 1. Agency Position No. | | |
|---|---|---|---|---|---|---|---|---|---|
| 2. Reason for Submission<br>☐ Redescription  ☒ New<br>☐ Reestablishment  ☐ Other | 3. Service<br>☒ Department<br>☐ Field | 4. Employing Office Location | | 5. Duty Station<br>Washington, DC | | | 6. Certification No.<br>20100410001 | | |
| Explanation (show any positions replaced) | | 7. Position Status (Service)<br>☒ Career<br>☐ Executive<br>☐ Legal<br>☐ Other<br>☐ Excepted<br>☐ MSS<br>8. Collective Bargaining Unit (CBU) Code: | | 9. Employment/Financial Statement Required<br>☐ Yes   ☒ No | | | 10. Subject to Identical Additional Action<br>☒ Yes    No | | |
| | | | | 11. Position is<br>☐ Supervisory<br>☐ Managerial<br>☒ Neither | | 12. FLSA<br>☒ Exempt<br>☐ Nonexempt | 13. Competitive Level Code<br>CS-0301-09-09-N | | |
| | | | | | | | 14. Job Code | | |

| 15. Classified/Graded by | | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|---|
| a. Final Agency Authority or Designee | | | | | | | |
| b. Agency or D.C. Department of Human Resources | | FAMILY SUPPORT WORKER | CS | 301 | 9 | AN | 3/16/10 |
| c. Intermediate Authority | | | | | | | |
| d. Field Office | | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | | |

16. Organizational Title of Position (if different from official title) (optional)

| 17. Department, Agency or Establishment<br>CHILD AND FAMILY SERVICES AGENCY | c. Third Subdivision |
|---|---|
| a. First Subdivision<br>OFFICE THE DEPUTY DIRECTOR FOR AGENCY PROGRAMS | d. Fourth Subdivision |
| b. Second Subdivision | e. Fifth Subdivision |

18. Supervisory Certification. "I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational structure. I further certify that this position is necessary to carry out the functions for which I am responsible. This certification is made with the knowledge and understanding that this information is to be used for statutory purposes relating to the appointment and payment of public funds, and that any false or misleading statements may constitute violations of such statutes or their implementing regulations."

| a. Typed Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)<br>Debra Porchia-Usher, Deputy Director<br>Office of the Deputy Director for Agency Programs |
|---|---|
| Signature                                    Date | Signature                                    Date<br>                                              3/16/10 |

| 19. Classification / Job Grading Certification. "I certify that this position has been classified/graded as required by D.C. Official Code § 1-611.01 et. seq., in accordance with official standards, or, if no official standards apply directly, consistently with the most applicable official standards."<br>Typed Name and Title of Official Taking Action<br>Raymond Davidson, Chief Administrative Officer | 20. Standards Used in Classifying/Grading Position<br>USOPM/PCS Miscellaneous Administrative and Program Series, GS-301, 1/79; USOPM/PSC Social Service Series, GS-187, 2/62, TS-55; DCHR/PCS Social Work Grade Evaluation Guide, 11/08 |
|---|---|
| Signature                           Date<br>                                     3/16/10 | |

| 21. Position Review | Signature | Date | Signature | Date | Signature | Date |
|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | |
| b. Supervisor | | | | | | |
| c. Classifier | | | | | | |

22. Remarks (optional)

23. Description of Major Duties and Responsibilities (see attachment)

D.C. Department of Human Resources                                                                                         D.C. Optional Form 8

Exhibit B (Porchia-Usher Declaration)

In order to comply with the requirements of Chapter 11A of the District Personnel Manual (DPM), Classification, Part II, Subpart 1, District government agencies and personnel offices must complete the items marked by an asterisk (*). Items not marked by an asterisk may be completed at the discretion of the agency.

*1. Enter position number used by the agency for control purposes.

*2. To be completed by the certifying human resources office or the Director of Human Resources' designee.

*3. Indicate the Collective Bargaining Unit (CBU) Code for the position.

*4. Enter geographical location, D.C. or state of the position.

*5. Enter geographical location if different from #4.

*6. Enter the competitive level code for use in reduction-in-force actions. Review Chapter 11A Classification, Part II, Subpart 1.13 of the DPM.

*7. Check one. The following terms have the meaning ascribed:

Re-description — duties and/or responsibilities of an existing position are being changed.

New — the position did not exist previously.

Re-establishment — the position previously existed, but had been cancelled.

Other — refers to such things as a change in title or occupational series without a change in duties or responsibilities.

The "Explanation" section should be completed to indicate the reason "Other" is checked, and to show any position(s) replaced by position number, title, pay plan, occupational code, and grade.

*8. Check one.

*9. Check one. Indicate whether the incumbent is required to submit a D.C. Form 35, Confidential Statement of Employment and Financial Interests. See Chapter 18 of the D.C. personnel regulations, Employee Conduct.

*10. Check one. Indicate whether Identical Additional (IA) positions are permitted. Agencies may show the number of such positions authorized and/or established after the "Yes" block. See Chapter 11A, Classification, Part II, Subpart 1.4(G) of the DPM.

*11. Check one.

A "Supervisory" position is one generally occupied by an individual having delegated authority to hire, direct, assign, promote, reward, transfer, furlough, lay off, recall, suspend, discipline, or remove employees.

A "Managerial" position is one generally occupied by an individual employed by an agency in a position in which the duties and responsibilities influence the policies of the agency.

*12. Check one to show whether the position is exempt or non-exempt from the overtime provisions of the Fair Labor Standards Act.

*13. Check one. Indicate the Service of the position. For details review the following chapters in the D.C. personnel regulations: Career Service (Chapter 8); Excepted Service (Chapter 9); Executive Service (Chapter 10); Management Supervisory Service (Chapter 38); and Legal Service (Chapter 36).

14. Agencies may use this section for any additional coding requirement.

*15. Enter classification/job-grading action.

- For "Official Title of Position" and "Pay Plan," see the applicable classification or job-grading standard. For positions not covered by a published standard, see the General Introduction to "Position Classification Standards", Section III, for DS positions or, "Job Grading Standards for Trades and Labor Occupations," Part I, Section III for RW, RL or RS positions.

- For "Pay Plan" code, use DS for District Service Schedule positions, MS, or MW for Management Supervisory Schedule positions, RW, for Regular Wage Service Schedule positions.

- For "Occupational Code," see the applicable standard; or, where no standard has been published see the "Handbook of Occupational Groups and Series of Classes" for DS positions, or Job Grading Standards, Part 3, for trades and labor positions. For all positions in scientific and engineering occupations, enter the two digit functional classification code in parentheses immediately following the occupational code, e.g., "DS 1310(14)." The codes are listed and discussed in the General Introduction to "Position Classification Standards," Section VI.

16. Enter the organizational, functional, or working title if it differs from the official title.

*17. Enter the name of the incumbent. If there is no incumbent, enter "vacant."

*18. Enter the organizational location of the position, starting with the name of the department or agency and, in descending order, show each level down to the actual location of the position.

19. If the position is occupied, have the incumbent read the attached description of duties and responsibilities. The employee's signature is optional.

*20. The immediate supervisor of the position should certify this statement. At the option of the agency, a higher-level supervisor or manager may certify the statement.

*21. The authorized official who makes the classification/job grading decision should certify this statement. Depending on agency regulations, this official may be a personnel office representative, or other authorized individual with officially delegated classification/job grading authority.

*22. Enter the position classification/job grading standard(s) used to classify the position and the date of issuance. For example, "Mail and File, DS 305, January 1979."

*23. D.C. government agencies and the D.C. Office of Human Resources are required to conduct annual reviews of positions to ensure that each position serviced is evaluated at least once every three (3) years. The evaluation is required to determine whether the position is still necessary and, if so, whether the position is adequate and the classification/job grading assigned is accurate. Refer to Chapter 11A, Classification, Part II, Subpart 1 of the DPM. Part II, section 1.9 may be used as part of the review process. The employee's initials are optional. The initials of the supervisor and the official with delegated classification authority represent re-certifications of the statements in items 19 and 20, respectively.

24. This section may be used for additional coding requirements or for any appropriate remarks.

*25. On plain paper, type a description of the duties and responsibilities of the position. The sheet must be attached to the Optional Form 8. The position number should be shown on each page attached. For an example of the format to be used in preparing the description of duties, and any requirements for evaluation documentation, refer to Chapter 11A, Classification, Part II, Subpart 1 of the DPM.

Exhibit B (Porchia-Usher Declaration)

## CHILD & FAMILY SERVICES AGENCY
## OFFICE THE DEPUTY DIRECTOR FOR AGENCY PROGRAMS

### FAMILY SUPPORT WORKER, CS-301-9

**MAJOR DUTIES:**

Works as a Family Support Worker (FSW), Office of the Deputy Director for Agency Programs (ODDAP), Child and Family Services Agency (CFSA), with primary responsibility for providing specialized administrative support services to Social Workers in the Agency teaming process.

- Performs casework, group work, and community organization work under the supervision of a Licensed Independent Social Worker, Supervisory Social Worker or Licensed Independent Clinical Social Worker. Assists Social Workers to assess the needs and strengths of families, investigates reports of child abuse and neglect.

- Accompanies a Social Worker as needed, for reasons of safety or participates in home visits and/or investigations to determine the needs of clients and/or gather pertinent information related to the child. Assists in locating the assessment sites; conducts unaccompanied home visits in safe situations; or facilitates visitations, arranging or transporting of children; assists with physical oversight of groups of children and enters observational information into FACES as appropriate.

- Provides a wide range of complex support social services for complicated cases. With guidance, develops plans for and provides appropriate assistance and services on a continuing basis to children and family members. Makes recommendations for planned use of agency resources and auxiliary services.

- Assists Social Workers by discussing and documenting clinically related information into the case record.

- Provides transportation assistance for clients to and from CFSA to court, service providers, and city hospitals and to other institutions at the request of the Social Worker or Supervisor; enters observational information into FACES as appropriate. Drives government provided vehicle as required.

- Coordinates or assists Social Workers to coordinate team meetings and/or supervisory conferences for case planning, developing specialized resources for clients, and to direct casework activities toward the permanency goal of the child and family. Clarifies the roles and responsibilities of all team members as necessary, i.e. family, child, kin, GAL, AAG, Social Worker and community organization representatives.

- Support social workers and supervisory social workers in implementing service plans by supervising/facilitating visits, making referrals or scheduling service with providers, or program specific administrative activities, depending upon assigned program area, i.e. assist with ICPC or home study and Placement Packets.

Page 1 of 4

Exhibit B (Porchia-Usher Declaration)

- Assists Social Workers in the timely implementation of case plans; ensures all case work related documentation is entered into FACES within required time of the event, to include observations from parent-child and sibling visitations, foster parent-child interactions, medical and psychological information from a mental health professional or OCP representative. Assists in the preparation of pre-disposition reports and other periodic court reports, in compliance with the Prevention of Child Abuse and Neglect Law of 1977.

- Interviews children, families, neighbors, professional groups to obtain or provide information. Makes referral for assessments. Establishes and maintains linkages with community agencies and facilities that provide client services.

- Contacts collateral sources such as neighbors, landlords, schools, clinics, and other service providers in order to gather information necessary for the timely delivery of services. Prepares reports and findings on home visits and/or investigations.

- Assists the social worker in completing specified paper and record searches to locate hard-to-find families by engaging diligent search services or by searching and clarifying existing data, checking files and contacting other agencies as necessary.

- Provides services related to planned or emergency placement of children or other emergency assistance, under the direction of the social worker, social worker associate, or supervisory social worker.

- Maintains statistical data regarding the number of children, family member or other group served and the types of services provided. Works with other Social Workers, professional staff to share knowledge of pertinent resources that affect children and/or families.

- Participates in educational training seminars, conferences and workshops.

- Performs other related duties as assigned.

**KNOWLEDGE REQUIRED:**

General knowledge of the principles and practices of social work as evidenced by a Bachelors Degree in Social Work or in a related social services field, i.e., psychology, sociology, to provide support services to Social Workers.

Knowledge of the structure, functions and mission of a child welfare agency to perform social services work.

General knowledge of pertinent resources, legal status and related policies and procedures as they affect children and families.

Skill in interviewing clients to gather and provide information.

Ability to communicate orally and in writing to provide assistance to clients, prepare reports and maintain contact with community resource groups and other outside groups and organizations.

Page 2 of 3

Exhibit B (Porchia-Usher Declaration)

Skill and knowledge of Microsoft Office for electronic case management data entry.

### SUPERVISORY CONTROLS:

Works under the general supervision of a Supervisory Social Worker, who provides specific assignments, objectives and scope of responsibilities. The work is performed independently; however, the Family Support Worker may be teamed with a Licensed Independent Social Worker or Licensed Independent Clinical Social Worker, who, together with the supervisor, are available for consultation and guidance.

Work is performed in accordance with directions, standards, and established policies, practices, and procedures. The supervisor is informed of the progress of work and is advised of unusual developments, difficult cases, shifting trends, or matters not covered by precedents or established policies.

Performance is evaluated on the basis of timeliness, efficiency, effectiveness of support services provided, quality of work, and compliance with established guidelines.

### GUIDELINES:

Guidelines include public laws, regulations, policies, procedures and directives issued by the U.S. Congress, Federal and local courts, Federal Government and the Director, as they relate to service delivery. Administrative polices and procedures are applicable but complex. The incumbent uses initiative and judgment to interpret the application of guidelines to the work.

### COMPLEXITY:

Provides a range of support services to Social Workers; gathers and disseminates information; and contacts collateral sources to obtain information. Confers with officials of agencies, i.e., schools, community resources, professionals, clinics, and other service providers to participate in implementing a case plan.

### SCOPE AND EFFECT:

The purpose of the work is to assist Social Workers by providing specified case management support services. The work has an impact on the overall service delivery capability of the Social Worker and Social Worker Associate and on the children and families who need assistance.

The work affects agency officials, serviced District children and families, employers, clinics, school personnel, official in community resource agencies, and co-workers in public and private agencies, inter alia.

### PERSONAL CONTACTS:

Contacts are with children, parents, foster parents, guardians, employers, clinics, school personnel, landlords, neighbors, and officials in community resource agencies, co-workers in public and private agencies.

**PURPOSE OF CONTACTS:**

The purpose of contacts is to obtain and provide information, assist in the execution of the teaming process and provide referral and follow-up services.

**PHYSICAL DEMANDS:**

The work is sedentary.

**WORK ENVIRONMENT:**

The work is performed in an office setting and in other community locations.

**OTHER SIGNIFICANT FACTORS:**

Required to drive and maintain a current valid Driver's License.

Exhibit B (Porchie-Usher Declaration)