## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONDA L. DAVIS, et al., | : |
| Plaintiff, | : |
| v. | : Civil Action No.:10-1564 (RC) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Karone Gray, David Hailes, and Lorraine Kelly, hereby appeal to the Court of Appeals for the United States for the District of Columbia from a Judgment against Plaintiffs [Docket #203], granting Defendant's District of Columbia's Motion for Summary Judgment in the immediate case.

DATE: March 25, 2024.

                                                  Respectfully submitted,

                                                  TEMPLE LAW OFFICES

                                                  */s/Donald M. Temple*
                                                  Donald M. Temple, Esq. #408749
                                                  2522-B Virginia Avenue, N.W.
                                                  Washington, D.C. 20037
                                                  (202) 628-1101
                                                  (202) 217-2774
                                                    `dtemplelaw@gmail.com