UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RONDA L. DAVIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10-1564 (RC) |
| v. | ) ) ) ) | |
| DISTRICT OF COLUMBIA, *et. al.*, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEAL**

Plaintiffs, through undersigned counsel, gives notice this 25st day of March 2025 that they hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on February 23, 202, granting Defendants' Motion for Summary Judgment, (Dkt. Nos. 203.)

Date: March 25, 2024

Respectfully Submitted,

Aderson Francois (D.C. Bar No. 798544)
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Ave., NW, Suite 352
Washington, D.C. 20001
Phone: (202) 661-6721
Email: aderson.francois@georgetown.edu